**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6385

WILLIAM S. GAY,

        Plaintiff – Appellant,

    v.

J. WALRATH, Lead Warden; T. MEYER, Warden of Facility Operations; D. WATFORD, Unit Manager for S.F.E.U,

        Defendants – Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:20-cv-01089-RDA-TCB)

Submitted:  June 30, 2023                     Decided:  July 10, 2023

Before KING and AGEE, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Steven Gay, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William S. Gay appeals the district court's orders denying his "Motion to Strike Discovery Response and Grant Default Judgment" and awarding summary judgment to the defendants on his 42 U.S.C. § 1983 complaint. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's orders. *Gay v. Walrath*, No. 1:20-cv-01089-RDA-TCB (E.D. Va., Feb. 9, 2022; Feb. 17, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*